Case 1:20-cv-09768-VSB   Document 7   Filed 08/16/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUE PAGUADA,

                Plaintiff,

        -against-

CTC FOOD INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------------X

20-CV-9768 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on November 11, 2020, (Doc. 1), and Defendant's answer was due on January 21, 2021, (Doc. 5.)  Defendant never responded, and Plaintiff has failed to take further action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 27, 2021.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 16, 2021
           New York, New York

                                                        _____
                                                        VERNON S. BRODERICK
                                                       United States District Judge