```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSUE PAGUADA,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :      20-CV-9768 (VSB)
               -against-                                    :
                                                            :              ORDER
CTC FOOD INTERNATIONAL, INC.,                               :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On September 1, 2021, I granted the parties a 30-day adjournment of all deadlines in light of ongoing settlement negotiations, and I ordered that, "[b]y the end of 30 days, the parties shall inform the Court about the status of their settlement discussions." (Doc. 9.) That period has expired, but the parties have not informed me as to the status of the case.

Accordingly, it is hereby ORDERED that the parties shall inform me as to the status of this action by no later than October 8, 2021. Failure to do so may result in involuntary dismissal pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  October 4, 2021
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge